

United States District Court
Eastern District of California

| ALBERT ATKINS | Case Number: 2:24-cv-00638-KJM-JDP |

Plaintiff(s)

V.

| DOLLAR TREE STORES, INC. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Stacy Dian Mueller hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant, Dollar Tree Stores, Inc.

On 12/03/2002 (date), I was admitted to practice and presently in good standing in the United States District Court of Colorado (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ✔ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/24/2024            Signature of Applicant: /s/ Stacy Dian Mueller

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Stacy Dian Mueller |
| Law Firm Name: | Fox Rothschild LLP |
| Address: | 1225 17th Street |
| | Suite 2200 |
| City: | Denver   State: CO   Zip: 80202 |
| Phone Number w/Area Code: | (303) 383-7667 |
| City and State of Residence: | Denver, Colorado |
| Primary E-mail Address: | smueller@foxrothschild.com |
| Secondary E-mail Address: | jcreekmore@foxrothschild.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Alexander Hernaez |
| Law Firm Name: | Fox Rothschild LLP |
| Address: | 345 California Street |
| | Suite 2200 |
| City: | San Francisco   State: CA   Zip: 94104-2670 |
| Phone Number w/Area Code: | (415) 364-5540   Bar # 201441 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 5, 2024

CHIEF UNITED STATES DISTRICT JUDGE



# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Stacy Dian Mueller

Admission date: 12/03/2002

was admitted to practice in this court
and is in good standing.

Dated: June 11, 2024    *Jeffrey P. Colwell*